## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| **KATHLEEN GOESCHEL**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**THE ULTIMATE SOFTWARE GROUP, INC.**,<br>a Delaware corporation,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:20-cv-419<br><br>Judge:<br><br>Mag. Judge: |

### COMPLAINT AND DEMAND FOR JURY TRIAL

**NOW COMES** the Plaintiff, **KATHLEEN GOESCHEL** ("**GOESCHEL**"), by and through undersigned counsel, and state the following for her Complaint:

### CAUSES OF ACTION

1. This is an action brought under the Equal Pay Act.

### PARTIES

2. The Plaintiff, **KATHLEEN GOESCHEL** ("**GOESCHEL**") is an individual and a resident of Florida who at all material times resided in Lee County, Florida and was employed by Defendant, **THE ULTIMATE SOFTWARE GROUP, INC.** ("**USG**").

3. Defendant, **USG** is a Delaware company with a principal place of business located in Broward County, Florida 33907. **USG** employed **GOESCHEL** in Lee County, Florida.

### JURISDICTION AND VENUE

4. This Court has jurisdiction of this matter under 28 U.S.C. §1331.

1

5. Venue is proper in the United States District Court for the Middle District of Florida because the Plaintiff resides in, and the Defendant conducts business in, and some or all of the events giving rise to Plaintiff's claims occurred in Lee County, Florida, which is within the Middle District of Florida. Venue is proper in the Fort Myers Division under Local Rule 1.02(b)(5) since Lee County is within the Fort Myers Division.

## GENERAL ALLEGATIONS

6. **GOESCHEL** is a female person.

7. **GOESCHEL** was hired by **USG** on June 5, 2017.

8. **GOESCHEL** remains an employee of **USG**.

9. **GOESCHEL** has always performed her assigned duties in a professional manner and is very well qualified for her position.

10. **GOESCHEL** consistently received excellent annual performance reviews.

11. However, **GOESCHEL** has been – and remains - one of seven security analysts but is the only female.

12. Since beginning her employment, **USG** has paid **GOESCHEL** roughly $112,000.00/year whereas her male counterparts receive at least $30,000 more per year.

13. **GOESCHEL** does the same work as her male counterparts, is equally tenured, holds greater objective qualifications, is assigned a heavier workload and has exhibited superior workplace performance when compared to her similarly situated male counterparts.

14. **GOESCHEL** complained to **USG** about this gender-based pay disparity but to no avail as **USG** has refused to adjust her pay to be at least equal to the other male USG, who are less qualified.

## COUNT I- VIOLATION OF THE EQUAL PAY ACT

15. Plaintiff incorporates by reference Paragraphs 1-14 of this Complaint as though fully set forth below.

16. **GOESCHEL** has worked for **USG** within the last three (3) years.

17. **GOESCHEL** bring this action against **USG** for legal relief to redress **USG**'s systemic pattern and practice of equal pay violations.

18. **USG** has deprived **GOESCHEL** of her equal rights under the Equal Pay Act.

19. **GOESCHEL** is a woman who **USG** pays at a much lesser rate than male employees in jobs requiring substantially the same skill, effort and responsibility, which jobs are in the same working conditions.

20. Supervisory personnel of **USG** intentionally subjected **GOESCHEL** to unequal and discriminatory pay based upon gender that altered the conditions of her employment.

21. The actions of **USG** are intentional, willful, and malicious and/or in deliberate indifference for **GOESCHEL**'s clearly established legal rights as secured by the Equal Pay Act.

22. **USG** could not have believed that paying **GOESCHEL** at a much lesser rate than similarly situated male employees was lawful in light of the clearly established law that gender discrimination was an infringement of legal rights.

**WHEREFORE,** the Plaintiff prays that this Honorable Court enter a Judgment in her favor and against the Defendant for an amount consistent with evidence, together with liquidated damages, the costs of litigation, interest, and reasonable attorneys' fees.

## DEMAND FOR JURY TRIAL

**NOW COMES** the Plaintiff, by and through her undersigned attorney, and demands a jury trial under Federal Rule of Civil Procedure 38 on all issues triable of right by a jury in this action.

Respectfully submitted,

Dated: June 15, 2020		**/s/ Benjamin H. Yormak**
		Benjamin H. Yormak
		Florida Bar Number 71272
		Trial Counsel for Plaintiff
		Yormak Employment & Disability Law
		9990 Coconut Road
		Bonita Springs, Florida 34135
		Telephone: (239) 985-9691
		Fax: (239) 288-2534
		Email: byormak@yormaklaw.com